UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARREN NOLAN CLARK, SR,

    PETITIONER,

-vs-                                                                 Case No. 1:13-cv-00251-WTH-GRJ

SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS,

    RESPONDENT.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 13, 2016. (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 29.  I have made a de novo review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. With respect to Petitioner's objections, the Court finds that he fails to provide any arguments that demonstrate that he was prejudiced by the prosecutor's temporary delinquency from the Florida Bar due to missing continuing legal education credits. He also asserts that the prosecution was aware of the suspension, yet the facts before the Court directly contradict that assertion. Finally, Petitioner once again raises the issue

regarding an entitlement to subpoena or compel the Court to provide documents. The Court has previously addressed this issue twice, Docs. 26, 30, and will not do so again.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DENIED.** A certificate of appealability is **DENIED.**"

3. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 6th day of March, 2017.

_____
**UNITED STATES DISTRICT JUDGE**